ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher Hubbard, M.D.<br>1020 Vine St<br>Paso Robles, CA 93446  805-227-1477<br>805-227-1479 | FILED<br>DEC 28 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Mission Medical Associates<br>of the Central Coast, Inc., a CA Corporation<br><br>Debtor. | CASE NUMBER  9:02-10059-RR<br>CH 7<br>HEARING DATE:<br>TIME:<br>PLACE: |
|---|---|

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 3,551.95 which is the sum of all monies deposited with the court on the following date(s) March 3, 2009 on behalf of the creditor Christopher Hubbard M.D. on claim number(s) _____

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____
   _____

*(Continued on next page)*

Motion for Order Releasing Unclaimed Funds - *Page 2*    F 3011-1

In re: Mission Medical Associates of the Central Coast

CHAPTER 7

Debtor.

CASE NUMBER 9:02-10059-RR

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   1020 Vine St
   Paso Robles, CA 93446
   805-227-1477

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   I am the sole owner of a medical practice. On June 2nd, 2003 I moved from 1104 Suite A Vine St, Paso Robles to my current address of 1020 Vine St, Paso Robles.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

   [signature] 12/12/09

Motion for Order Releasing Unclaimed Funds - *Page 3*          **F 3011-1**

| In re Mission Medical Associates of the Central Coast | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 9:02-10059-RR |

Christopher Hulburd, M.D. ~~Mission Medical Associates of the Central Coast~~
Creditor

(Corporate Seal

if applicable)

Christopher Hulburd, M.D.
Type or Print Creditor's Name

1020 Vine St
Creditor's Address

Paso Robles CA 93446

STATE OF CALIFORNIA, COUNTY OF San Luis Obispo

On Dec 14, 2009 before me, personally appeared *(insert name and title of the signer)* Christopher Hulburd MD

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Kimberly Renee Randolph
Notary Public

(SEAL) See attached

My commission expires on Feb 18, 2012

*Revised May 2004*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

Motion for Order Releasing Unclaimed Funds - Page 5     **F 3011-1**

| In re | Mission Medical Associates of the Central Coast Inc | CHAPTER 7 |
|---|---|---|
| | Debtor. | CASE NUMBER 9:02-10059-RR |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 12/15/09, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Brad Krasnoff, Chapter 7 Trustee
221 No. Figueroa St. Suite 1200
Los Angeles CA 90012

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

N/A (debtor no longer exists)

Leonard Schulman
26632 Town Center Dr Suite #300
Foothill Ranch, CA 92610

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

N/A

_____    Christopher S. Hubbard
Date                        Signature

                            Christopher S. Hubbard
                            Type or Print Name

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of San Luis Obispo

On Dec 14, 2009 before me, Kimberly Renee Randolph, Notary Public
                       Date                    Here Insert Name and Title of the Officer

personally appeared Christopher Hulburd MD
                              Name(s) of Signer(s)

[Notary Seal: KIMBERLY RENEE RANDOLPH, Commission # 1791382, Notary Public - California, San Luis Obispo County, My Comm. Expires Feb 18, 2012]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: Kimberly Renee Randolph
              Signature of Notary Public

Place Notary Seal and/or Stamp Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: Motion for Order Releasing Unclaimed Funds
Document Date: Dec 14, 2009    Number of Pages: 6
Signer(s) Other Than Named Above: none

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Christopher Hulburd MD
- ☐ Corporate Officer — Title(s): 
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☒ Other: Creditor

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Corporate Officer — Title(s): 
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2008 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

