FILED JAN 12 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

FILED JAN 7 2010

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re ) Bk. No. ND02-10059RR
MISSION MEDICAL ASSOCIATES )
)
) ORDER DENYING REQUEST FOR
) RELEASE OF UNCLAIMED FUNDS
) (28 U.S.C. Section 2042,
Debtor (s) ) Bankruptcy Rule 9013,
) Bankruptcy Local Rule 3011-1)

On December 28, 2009, Christopher S. Hulburd, MD filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

_____ 6. The name on the corporate seal does not match the name listed on the claim.

_____ 7. An original power of attorney was not submitted.

_____ 8. The Proof of Service has not been completed.

__X__ 9. The Proof of Service is incomplete. The following is missing: The motion does not list the United States Attorney, United States Trustee & the Debtor as having been noticed.

_____ 10. There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____ 11. There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____ 12. The documents supporting the claim have not been certified.

_____ 13. Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____ 14. Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____ 15. Fund locator submitting this claim has failed to register with this court.

_____ 16. No proof of identification provided (driver's license/passport).

_____ 17. Other:

_____  _____
United States Bankruptcy Judge        Date
           Robin Riblet                Jan 7, 2010

JUST - REV